IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 04-35 Erie |
| | ) |
| DIOGENES D. DILONESANTILLA | ) |

**NOTICE OF CHANGE OF APPEARANCE OF COUNSEL**

NOTICE is hereby given that Christine A. Sanner, Assistant United States Attorney, is replacing Christian A. Trabold, Assistant United States Attorney, as counsel of record for the government in the above-criminal action.

          Respectfully submitted,

          MARY BETH BUCHANAN
          United States Attorney


          <u>s/Christine A. Sanner</u>
          CHRISTINE A. SANNER
          Assistant U.S. Attorney
          PA ID No. 85039