IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) 1:04CR00035 Erie |
| | ) |
| DIOGENES D. DILONESANTILLA | ) |
| a/k/a Diogenes D. Santillan | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 11th day of January, 2008, it appearing to the Court that further proceedings cannot be held in the above case for the reason that the defendant is a fugitive,

IT IS ORDERED that the above case be and the same is hereby returned to the Clerk until such time as action by Court may be required.

BY THE COURT:

Maurice B. Cohill, Jr.
Senior United States District Judge